**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND Z. OZUNA, | ) NO. CV 16-7823-SJO(E) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| CHRISTIAN PFEIFFER, WARDEN, KERN VALLEY STATE PRISON, | ) CONCLUSIONS AND RECOMMENDATIONS OF |
| | ) UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Revised Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of the Revised Report and Recommendation in light of Petitioner's objections thereto. The Court also has considered the "Motion of Petitioner Raymond Z. Ozuna for Leave to Amend, etc." ("the Motion"), filed August 23, 2017. The Motion is denied because, as indicated in the Magistrate Judge's Revised Report and Recommendation, the proposed eleventh hour amendment of the Petition would be futile. The Court accepts and adopts the Magistrate Judge's Revised Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Revised Report and Recommendation and the Judgment herein on Petitioner, and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 3, 2017.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE