**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND Z. OZUNA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, WARDEN,<br>KERN VALLEY STATE PRISON,<br><br>　　　　Respondent. | NO. CV 16-7823-SJO(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 3, 2017.

　　　　　　　　　　　　／s／ S. James Otero
　　　　　　　　　　　　_____
　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　UNITED STATES DISTRICT JUDGE